**Orlando GATLIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60465.**

Missouri Court of Appeals, Western District.

Sept. 10, 2002.

John M. Schilmoeller, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, for Respondent.

Before ELLIS, C.J., HOLLIGER and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Orlando Gatlin appeals the denial of his Rule 24.035 motion for post conviction relief, which was denied without an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).